UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ERICK GODLEY,

                        Plaintiff,

     -v-                                                 5:16-cv-1419
                                                     (DNH/TWD)

ONONDAGA COUNTY, a municipality; ANN
RETHER, Detective; WILLIAM FITZPATRICK,
District Attorney; MICHAEL MANFREDI, Assistant
District Attorney; CHARLES KELLER, Attorney;
and KEY BANK, in their individual and official
capacities,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

ERICK GODLEY
14-B-1321
Plaintiff pro se
Collins Correctional Facility
P.O. Box 340
Collins, New York 14034


DAVID N. HURD
United States District Judge

## DECISION and ORDER

     Pro se plaintiff Erick Godley brought this civil rights action pursuant to 42 U.S.C.

§ 1983. On January 6, 2017, the Honorable Therese Wiley Dancks, United States

Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed

without prejudice and that the exercise of supplemental jurisdiction be declined as to

plaintiff's state law claims. Plaintiff filed timely objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED without prejudice; and

2. Supplemental jurisdiction over plaintiff's state law claims is DECLINED and those claims are DISMISSED without prejudice.

The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: June 28, 2017
      Utica, New York.